UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL T. OLMSTEAD,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | NO. CV-12-133-JPH<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: July 31, 2013

              SEAN McAVOY
              District Court Executive/Clerk

              s/ L. Stejskal
              Deputy Clerk